IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONYA D. DOTSON )
)
v. ) No. 3-10-1099
)
WORKFORCE ESSENTIALS, INC; )
and TENNESSEE DEPARTMENT )
OF LABOR AND WORKFORCE )
DEVELOPMENT )

O R D E R

On February 20, 2012, plaintiff's counsel filed a motion to withdraw (Docket Entry No. 53).[1]

In accord with Local Rule 83.01(g), the motion to withdraw is for the consideration of the Trial Judge unless otherwise ordered.

Therefore, the Clerk is directed to forward the file in this case to the Honorable Aleta Trauger for her consideration of the unopposed motion to withdraw.[2]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Court notes that plaintiff's counsel did not file a notice to the plaintiff giving at least 14 days prior to filing the motion, as required by Local Rule 83.02(g).

[2] No response in opposition to the motion has been filed, indicating that the defendants have no opposition to the motion. See Local Rule 7.01(b).