IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONYA D. DOTSON | ) |
| | ) |
| v. | ) No. 3-10-1099 |
| | ) |
| WORKFORCE ESSENTIALS, INC; | ) |
| and TENNESSEE DEPARTMENT | ) |
| OF LABOR AND WORKFORCE | ) |
| DEVELOPMENT | ) |

O R D E R

By order entered March 23, 2012 (Docket Entry No. 57), the motion of plaintiff's counsel to withdraw was granted and the plaintiff was given 30 days for substitute counsel to enter an appearance in this case on behalf of the plaintiff.

A status conference is scheduled on **Monday, April 30, 2012, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, to address any outstanding written discovery and any scheduling issues. If the plaintiff has obtained substitute counsel, counsel shall appear at that time on behalf of the plaintiff. If the plaintiff has not obtained counsel, she shall personally appear at that time.

The plaintiff is warned that her failure to appear on April 30, 2012, either personally or through counsel, could result in the dismissal of her case for failure to comply with the March 23, 2012, order and failure to appear as directed pursuant to Rule 16(f) of the Federal Rules of Civil Procedure.

The Clerk is directed to mail a copy of this order to the plaintiff by regular, first class mail and by certified mail.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge