IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONYA D. DOTSON )
)
v. ) No. 3-10-1099
)
WORKFORCE ESSENTIALS, INC; )
and TENNESSEE DEPARTMENT )
OF LABOR AND WORKFORCE )
DEVELOPMENT )

O R D E R

The motion of defendant Workforce Essentials, Inc. to continue the status conference (Docket Entry No. 61) is GRANTED.

The status conference, scheduled by order entered April 16, 2012 (Docket Entry No. 60), on April 30, 2012, is RESCHEDULED to **Monday, May 14, 2012, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, to address any outstanding written discovery and any scheduling issues. If the plaintiff has obtained substitute counsel, counsel shall appear at that time on behalf of the plaintiff. If the plaintiff has not obtained counsel, she shall personally appear at that time.

The plaintiff is warned that her failure to appear on May 14, 2012, either personally or through counsel, could result in the dismissal of her case for failure to comply with the March 23, 2012, order and failure to appear as directed pursuant to Rule 16(f) of the Federal Rules of Civil Procedure.

The Clerk is directed to mail a copy of this order to the plaintiff by regular, first class mail and by certified mail.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JULIET GRIFFIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge