# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TONYA D. DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 3:10-1099 |
| WORKFORCE ESSENTIALS, INC. and | ) JUDGE TRAUGER |
| TENNESSEE DEPARTMENT OF | ) MAGISTRATE JUDGE GRIFFIN |
| LABOR AND WORKFORCE | ) |
| DEVELOPMENT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED ORDER OF DISMISSAL

On October 11, 2012, (CM/ECF Doc. 73), Plaintiff Tonya Dotson ("Ms. Dotson") and Defendant Workforce Essentials, Inc. ("Workforce") filed a stipulation of dismissal with prejudice and all of Ms. Dotson's claims against Workforce have been dismissed with prejudice. In view of that, they have filed this agreed order of dismissal. Ms Dotson's claim(s) against the Tennessee Department of Labor and Workforce Development are not impacted by the stipulation or agreed order.

Accordingly, Ms. Dotson's claims against Workforce Essentials, Inc. are DISMISSED with prejudice and the Clerk is directed to close this case against Workforce on the records with this Court.

This Order shall constitute a final judgment on the case against Workforce Essentials, Inc.

It is so ORDERED this __16th__ day of October, 2012.

_____
ALETA TRAUGER, JUDGE

APPROVED FOR ENTRY:


*/s/ Tonya D. Dotson*
Tonya D. Dotson, Plaintiff
961 Green Street
Franklin, TN 37064
(615) 599-4221
melodicsongstress@yahoo.com



LEWIS, KING, KRIEG & WALDROP, P.C.


By: */s/ Daniel W. Olivas*
Daniel W. Olivas, BPR No. 24641
George B. Green, Jr., BPR No. 29185
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615
Telephone (615) 259-1366
Facsimile (615) 259-1389
E-mail: dolivas@lewisking.com
E-mail: ggreen@lewisking.com


*Attorneys for Defendant Workforce Essentials,Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of October, 2012, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. mail, to wit:

Ms. Tonya D. Dotson
961 Green Street
Franklin, TN 37064


                                                                    */s/ Daniel W. Olivas*
                                                                    Daniel W. Olivas