IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONYA D. DOTSON )
)
v. ) No. 3-10-1099
)
WORKFORCE ESSENTIALS, INC; )
and TENNESSEE DEPARTMENT )
OF LABOR AND WORKFORCE )
DEVELOPMENT[1] )

O R D E R

On October 19, 2012, the parties filed a joint notice of settlement of the plaintiff's claims against defendant Tennessee Department of Labor and Workforce Development (Docket Entry No. 78).

As a result, the defendant's motion to compel and extend (Docket Entry No. 74) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

By October 29, 2012, the defendant shall file a notice of when it expects approval from the Tennessee Attorney General.

If the parties have already filed an agreed order or stipulation of dismissal of the plaintiff's claims against the defendant by October 29, 2012, there is no need for the defendant to file such a notice.[2]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed and order entered on October 16, 2012 (Docket Entry Nos. 75-76), the plaintiff's claims against defendant Workforce Essentials, Inc. were dismissed with prejudice.

[2] In their joint notice of settlement, the parties indicate that, assuming approval by the Attorney General, the parties will file the "appropriate motion to dismiss with prejudice." A motion to dismiss is not necessary. An agreed order or stipulation of dismissal is sufficient and appropriate.