IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TONYA DOTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-CV-01099 |
| ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF ) | Magistrate Judge Griffin |
| LABOR AND WORKFORCE ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of Plaintiff and counsel for the Tennessee Department of Labor and Workforce Development, that the parties have resolved all matters in controversy. It is hereby ORDERED that this matter is dismissed with prejudice with each party to bear its own costs and expenses.

On this 29th day of November, 2012.

_____
Aleta A. Trauger, US District Judge

Approved For Entry:

*signature*

Ms. Tonya Dotson
961 Green Street
Franklin, Tennessee 37064
*Pro Se Plaintiff*


ROBERT E. COOPER, JR.
ATTORNEY GENERAL AND REPORTER

*s/ Gregory W. Holt*
Gregory W. Holt, B.P.R. # 014351
Assistant Attorney General
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, TN 37202
 (615) 741-1400
*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, a copy of the Agreed Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

All other parties will be served by regular U.S. mail.

> Ms. Tonya Dotson
> 961 Green Street
> Franklin, Tennessee 37064
> *Pro Se Plaintiff*

Parties may access this filing through the Court's electronic filing system.

> *s/ Gregory W. Holt*
> Gregory W. Holt
> Assistant Attorney General
> (615)741-2472